FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 27 2009

Stephan Harris, Clerk
Cheyenne

# United States District Court
## For The District of Wyoming
### Alan B. Johnson, United States District Judge

Abby Logan, Deputy Clerk
Jan Davis, Court Reporter
Makenzie Williams, Law Clerk

October 27, 2009
Cheyenne, WY

Case No. 08-CV-139-J; Rizas et al v Grand Teton Lodge Company

Alexis Rizas et al,

    Plaintiff,

v.

Grand Teton Lodge Company,

    Defendant.

Plaintiff's Attorneys:
Mel Orchard, III
Roy "Skip" Jacobsen

Defendant's Attorneys:
Maryjo Falcone
Peter Rietz
Joe Teig

## COURTROOM MINUTES
## JURY TRIAL DAY 7

| Time | Event |
|---|---|
| 9:42 am | Court resumes. Jury brought in. Plaintiffs call Joyce Wilson. Sworn in. Direct examination of Joyce Wilson by Mel Orchard, III. |
| 10:38 am | Court recessed for morning break. Jury excused. |
| 10:58 am | Court resumes. Jury brought in. Direct examination of Joyce Wilson by Mel Orchard, III continues. |
| 11:05 am | Cross examination of Joyce Wilson by Joe Teig. |
| 11:20 am | Re-direct examination of Joyce Wilson by Mel Orchard, III. |

| | |
|---|---|
| 11:25 am | Plaintiffs call Lawrence Allen Wilson, Jr. ("Bubba") Sworn in. Direct examination of "Bubba" Wilson by Mel Orchard, III. Exhibit 65 offered and received by the Court. |
| 12:27 pm | Court recesses for lunch break. To reconvene at 2:00 p.m. Jury excused. |
| 2:34 pm | Court resumes. Jury brought in. |
| 2:35 pm | Direct examination of "Bubba" Wilson by Mel Orchard, III continues. Exhibit 134b, 134g, 134h offered and admitted by the Court. |
| 2:48 pm | Cross examination of "Bubba" Wilson by MaryJo Falcone (Deposition used). |
| 3:40 pm | Court recessed for afternoon break. Jury excused. |
| 4:00 pm | Court resumes. Jury brought in. Re-direct examination of "Bubba" Wilson by Mel Orchard, III. |
| 4:11 pm | Plaintiffs call Robert E. Rizas. Sworn in. Direct examination of Robert Rizas by Mel Orchard, III. Exhibit 135b offered and received by the Court. |
| 5:15 pm | Judge issues brief instruction to jurors. Court will reconvene at 9:00 am tomorrow. |
| 5:17 pm | Matters discussed outside the presence of the jury. |
| 5:20 pm | Court recessed. |