

**FILED**
2:27 pm, 12/3/09
**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Alexis R Rizas, individually and as the personal representative of the wrongful death beneficiaries on behalf of John J Rizas, et al,<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>Grand Teton Lodge Company, a Wyoming corporation,<br><br>　　　　　Defendant. | 08-CV-139-J |

## NOTICE OF FAILURE TO SUBMIT PLEADINGS

It appearing that it has been reported to the Court that on or about October 30, 2009, the Court was notified that the above-captioned action was settled;

Pursuant to Local Rule 41.1(a) of the United States District Court for the District of Wyoming pleadings necessary to terminate the action are to be tendered to the Court within 30 days of notification that an action has been settled unless good cause can be shown for failure to submit the pleadings necessary to terminate the action.

Dated this 3rd day of December, 2009.

　　　　　　　　　　　　　　　　　　STEPHAN HARRIS
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　/s/ Deborah Nielsen
　　　　　　　　　　　　　　　　　　Deputy Clerk

cc:　　Mel C Orchard III　　Joe M Teig
　　　　Roy A Jacobson　　　Maryjo C Falcone
　　　　　　　　　　　　　　　Peter W Rietz
　　　　　　　　　　　　　　　Susan Combs